

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

April 7, 2016

*Via ECF, Email: dgottlieb@wigdorlaw.com*
*and First Class Mail*

David Gottlieb, Esq.
Wigdor LLP
85 Fifth Avenue
New York, New York 10003

Re:  In re: Brooklyn Events LLC d/b/a "Verboten"
     Case No. 16-41371 (CEC)

Dear David:

We represent Brooklyn Events LLC d/b/a "Verboten" (the "Debtor"). The Debtor, the lead defendant in the FLSA action your firm commenced in the District Court for the Eastern District of New York (16-cv-01295), filed a voluntary chapter 11 petition with the United States Bankruptcy Court for the Eastern District of New York on March 31, 2016. The bankruptcy case number is referenced above.

Please be advised that pursuant to section 362(a) of the Bankruptcy Code the FLSA lawsuit is automatically stayed.

If you have any questions or would like to discuss this matter, please do not hesitate to contact the undersigned.

Very truly yours,

Scott S. Markowitz

SSM/cr
Enclosure

{Client/082959/1/01100189.DOC;1 }